IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADRIAN JACOBO,** | CIV S-04-1876 LKK GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **MATTHEW C. KRAMER, et al.,** | |
| Respondent. | |

Respondent has requested an enlargement of time in which to file supplemental briefing in this matter.

Good cause appearing, IT IS HEREBY ORDERED:

1. Respondent request for an enlargement of time is granted;

2. Respondent is directed to file and serve supplemental briefing within forty-five days from the date of this order. Petitioner may file a reply brief within thirty days thereafter.

DATED: 6/7/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

jaco1876.eot05

1